=================================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

<u>    NORTHERN    </u>  **DISTRICT OF**  <u>    NEW YORK    </u>

**JUDGMENT IN A CIVIL CASE**

# DOCKET NO. 9:14-cv-385 (GLS/RFT)

**TOMAS BURGOS**

v.

**EDWARD BLY**

<u>          </u>   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>     X     </u>   **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, that this action is DISMISSED. That no Certificate of Appealability ("COA") shall issue because petitioner has failed to make a "substantial showing of the denial of a constitutional right" as 28 U.S.C. §2253(c)(2), in accordance with the Decision and Order issued by Chief Judge Gary L. Sharpe on April 14, 2014.

<u>  April 14, 2014  </u>                                            <u>  **LAWRENCE K. BAERMAN**  </u>
                                                                  CLERK OF THE COURT

                                                                  BY:   <u>  S/                       </u>
                                                                          DEPUTY CLERK
                                                                          John Law